UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL ELLIOT POWELL, | Case No.: 23-cv-1757-DMS-DDL |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| MICHAEL SKILLERN for the use of Antonio Pantoja, | |
| Defendant. | |

Pending before the Court is Plaintiff Michael Elliot Powell's Motion for Entry of Default Judgment. (ECF No. 7). On September 21, 2023, Plaintiff Michael Elliot Powell, proceeding pro se, filed a Complaint. (ECF No. 1). Plaintiff did not prepay the full civil filing fee required by 28 U.S.C. § 1914(a), nor did he file a Motion to Proceed In Forma Pauperis ("IFP").

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $402.[1] *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)). The additional $52 administrative fee does not apply to persons granted leave to proceed *in forma pauperis*. *Id.*

prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999); *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (internal quotation marks and citations omitted).

Plaintiff has not prepaid the $402 filing and administrative fees required to commence this civil action. As a result, Plaintiff's case cannot yet proceed.

## CONCLUSION AND ORDER

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failure to pay the $402 civil filing fee and administrative fee or to submit a Motion to Proceed IFP pursuant to 28 U.S.C. § 1914(a) and § 1915(a); and

(2) **GRANTS** Plaintiff forty-five (45) days leave from the date this Order is filed to: (a) prepay the entire $402 civil filing and administrative fee in full; or (b) complete and file a properly executed Motion to Proceed IFP. *See* 28 U.S.C. § 1915(a); S.D. Cal. Civ. L.R. 3.2(b).

If Plaintiff fails to either prepay the $402 civil filing fee or complete and submit a Motion to Proceed IFP within 45 days, this action will remain dismissed without prejudice based on Plaintiff's failure to satisfy the fee requirements of 28 U.S.C. § 1914(a) and without further Order of the Court.

**IT IS SO ORDERED.**

Dated: January 9, 2024

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court